# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIAN DURAN,<br><br>                              Plaintiff,<br>    v.<br><br>JOHN HENLEY, *et al.*,<br><br>                           Defendants. | Case No. 3:25-cv-00086-MMD-CLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>[ECF Nos. 7, 8] |

The Court screened Plaintiff Julian Duran's complaint, dismissed the complaint in its entirety, and granted leave to amend. (ECF No. 5.) Plaintiff has filed a motion requesting an extension of time to file an amended complaint. (ECF Nos. 7, 8.)

This motion is granted, and the Court extends the deadline for Plaintiff to file an amended complaint to **January 5, 2026**. The Court repeats the instructions on filing an amended complaint from its prior screening order:

> [A]ny amended complaint must contain all claims, Defendants, and factual allegations that Plaintiff intends to pursue in this lawsuit. Plaintiff should file the amended complaint on this Court's approved prisoner-civil-rights form and title it "First Amended Complaint." Plaintiff should focus on making factual allegations that are short, simple, and direct. Plaintiff should also follow the instructions on the form to describe exactly what each specific Defendant (by name) did to violate his civil rights.

(ECF No. 5 at 9–10.)

Accordingly, **IT IS ORDERED** that Plaintiff's motion requesting an extension of time (ECF Nos. 7, 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint by **January 5, 2026**.

**IT IS FURTHER ORDERED** that, if Plaintiff chooses not to file an amended complaint by **January 5, 2026**, this case will be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send Plaintiff the approved form for filing a section 1983 complaint with instructions.

**IT IS SO ORDERED**.

**DATED**: December 5, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**